# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DR. MURRAY H. KIMMEL, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| CAVALRY PORTFOLIO SERVICES, LLC | : | NO. 10-680 |
| Defendant | : | |
| CAVALRY PORTFOLIO SERVICES, LLC | : | |
| Counterclaim Plaintiff | : | |
| v. | : | |
| DR. MURRAY H. KIMMEL | : | |
| Counterclaim Defendant. | : | |

## ORDER

**AND NOW**, this *29th* day of *September*, 2010, upon consideration of Plaintiff Dr. Murray H. Kimmel's Motion to Dismiss Defendant Cavalry Portfolio Services, LLC's Counterclaim (Docket No. 7), Defendant's Response (Docket No. 8), Plaintiff's Reply Brief (Docket No. 10), Defendant's Motion for Sanctions (Docket No. 11), and Plaintiff's Response (Docket No. 12), it is hereby **ORDERED** that Plaintiff's Motion to Dismiss Defendant's Counterclaim is **DENIED** in its entirety and that Defendant's Motion for Sanctions is **DENIED** in its entirety.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.